**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Eduardo Pano CANO, a.k.a. Eduardo
Cano Pano, Defendant—
Appellant.**

No. 11–10025.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 21, 2011.*

Filed Nov. 29, 2011.

Laurel J. Montoya, USF–Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Victor M. Chavez, Assistant Federal Public Defender, FPDCA–Federal Public Defender's Office, Fresno, CA, for Defendant–Appellant.

Before: TASHIMA, BERZON, and TALLMAN, Circuit Judges.

MEMORANDUM **

Eduardo Pano Cano appeals from the 188–month sentence imposed following his guilty-plea conviction for conspiracy to manufacture and distribute methamphetamine, and aiding and abetting in violation of 21 U.S.C. §§ 841(a)(1) and 846, and 18 U.S.C. § 2. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Cano contends that the district court erred in denying him a minor role adjustment under U.S.S.G. § 3B1.2. The district court considered Cano's argument that he was substantially less culpable than his co-defendants, and rejected it. In light of Cano's efforts to further the conspiracy, the district court did not commit error by concluding that he did not meet his burden to prove that he was entitled to a minor role adjustment. *See United States v. Rosas,* 615 F.3d 1058, 1067–68 (9th Cir.2010).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

